FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HOADENA INGRAM,<br><br>        Petitioner,<br><br>        v.<br><br>ERIC ARNOLD, WARDEN,<br><br>        Respondent. | )<br>)<br>)  Case No. EDCV 15-2084 JVS (AJW)<br>)<br>)<br>)  ORDER ACCEPTING REPORT AND<br>)  RECOMMENDATION OF<br>)  MAGISTRATE JUDGE<br>)<br>) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: _____6.22.16_____

_____
James V. Selna
United States District Judge