FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HOADENA INGRAM, | EDCV 15-2084-JVS (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 6.22.16

James V. Selna
United States District Judge